UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

David Michael Wilson
    Debtor(s).

Case No. 14-34953-PGH
Chapter 13 Case

NOTICE OF APPEARANCE AS COUNSEL FOR CREDITOR

    PLEASE TAKE NOTICE THAT the undersigned attorney hereby appears as counsel for Secured Creditor Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-18 as serviced by Selene Finance LP. In accordance with Federal Rule of Bankruptcy Procedure 2002, the undersigned requests that all notices be served upon the undersigned, and that the following be added to the Court's Master Mailing List:

Alexandra Kalman, Esq.
Florida Bar No. 0109137
Lender Legal Services, LLC
Attorney for Secured Creditor
201 E. Pine Street, Suite 730
Orlando, FL 32801
(407) 730-4644
akalman@lenderlegal.com
eservice@lenderlegal.com

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance was either sent electronically or by U.S. mail, first-class postage pre-paid, to:

David Michael Wilson
1437 SW 3rd Street
Delray Beach, FL 33444

Verna Popo, Esq.
The Law Office of Verna Popo, P.A.
141 NE 3rd Avenue
Suite 806
Miami, FL 33132

Trustee
Robin R Weiner
POB 559007
Fort Lauderdale, FL 33355

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

on December 10, 2014.

                                       Respectfully submitted:

                                       /s/ Alexandra Kalman
                                       Alexandra Kalman
                                       FBN 0109137
                                       Lender Legal Services, LLC
                                       Attorney for Secured Creditor
                                       201 E. Pine Street, Suite 730
                                       Orlando, FL 32801
                                       Phone: (407) 730-4644
                                       Fax: (888) 337-3815
                                       akalman@lenderlegal.com