**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | | |
|---|---|---|---|
| DEBTOR: **David Michael Wilson** | JOINT DEBTOR: | | CASE NO.: **14-34953** |
| Last Four Digits of SS# **xxx-xx-5173** | Last Four Digits of SS# | | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **0** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

- A. $ **3300.12** for months **1** to **60** ;
- B. $ _____ for months ____ to ____ ;
- C. $ _____ for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3,000.00**   TOTAL PAID $ **1,000.00**
Balance Due $ **2000.00** payable $ **500.00** /month (Months **1** to **4**)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-**   Arrearage on Petition Date $ _____
Address: _____   Arrears Payment $ _____ /month (Months __ to __)
Account No: _____   Regular Payment $ _____ /month (Months __ to __)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. **Internal Revenue Service Department of the Treasury; Philadelphia, PA 19255**
   Total Due $ 3423.21
   Payable $ 285.26 /month  (Months 1 to 12)  Regular Payment $ **N/A**

2. **Internal Revenue Service Department of the Treasury; Philadelphia, PA 19255**
   Total Due $ 213480.87
   Payable $ 3558.01 /month  (Months 1 to 60)  Regular Payment $ **N/A**

Unsecured Creditors: Pay $ **0.00** /month (Months **0** to **0** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
 -NONE-
**Assumed Contracts and/or Leases**
 -NONE-

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ David Michael Wilson**
**David Michael Wilson**
Debtor

Date:  **December 13, 2014**