UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:                                                    CASE NO.: 14-34953-PGH
                                                          Chapter 13

**DAVID MICHAEL WILSON**

        **Debtor.**
_____/

## DEBTOR'S MOTION TO DISMISS WITHOUT PREJUDICE

Comes now the debtor, DAVID MICHAEL WILSON, by and through his undersigned counsel, and respectfully moves this Honorable Court for an Order dismissing this case without prejudice so that the debtor may immediately file a new chapter 13 case. In support thereof, the debtor states as follows:

1. On November 11, 2014, the debtor filed for bankruptcy relief under Chapter 13.

2. The debtor had previously filed a chapter 13 bankruptcy petition on March 3, 2014, with said case being dismissed on April 1, 2014.

3. The debtor filed the current case to save his property from a foreclosure sale. The foreclosure sale was indeed stopped.

4. Unfortunately, the automatic stay was not extended in the current case.

5. Accordingly, the debtor respectfully asks the court for an order dismissing this case without prejudice so that he may file a new chapter 13 bankruptcy case and proceed under the protection of the automatic stay.

6. The Meeting of Creditors is scheduled for January 20, 2015.

4. The debtor asserts that this motion is being filed in good faith and not for the purpose of delay.

WHEREFORE, the debtor respectfully requests that this Honorable Court enter an Order granting this Motion to Dismiss Without Prejudice, allowing him to file a new case, and for any other relief this Court deems just and proper.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

**Respectfully submitted,**

**The Law Office of Verna Popo, P.A.**
**141 NE 3rd Avenue, Suite 806**
**Miami, Florida 33132**
**Telephone: (305) 746-1908**
**Facsimile:  (877) 412-0896**
verna.popo@gmail.com

*/s/ Verna Popo*
**FBN: 16900**